RICCARDO-JURGEN SPADOLA, Appellant, v 260/261 MADISON EQUITIES CORP. et al., Respondents. (And Another Action.) (And a Third-Party Action.)

CORPORATE FLOORS, INC., Second Third-Party Plaintiff-Respondent, v ACCU SERV FLOOR COVERING MANAGEMENT, Second Third-Party Defendant-Respondent-Appellant. (And Another Third-Party Action.)

Submitted October 31, 2005; decided January 12, 2006

Motion for leave to appeal by Riccardo-Jurgen Spadola denied. Cross motion for leave to appeal by Accu Serv Floor Covering Management dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SUSAN BELL, Also Known as SUSAN SMYTH BELL, Individually and as Executor of ROBERT A. BELL, Also Known as ROBERT BELL, Deceased, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants.

Submitted November 28, 2005; decided January 17, 2006

Motion for leave to appeal dismissed upon the ground that appellants, having stipulated to an increase in damages at Supreme Court, are not parties aggrieved (CPLR 5511; *see Plotkin v New York City Health & Hosps. Corp.*, 88 NY2d 917 [1996]).

BETH ISRAEL MEDICAL CENTER et al., Appellants, v DEPARTMENT OF HEALTH OF THE STATE OF NEW YORK et al., Respondents, and EXCELLUS HEALTH PLAN, INC., Doing Business as BLUE CROSS AND BLUE SHIELD OF CENTRAL NEW YORK, et al., Intervenors-Respondents.

Submitted December 5, 2005; decided January 17, 2006

Motion by Healthcare Association of New York State for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.